## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No.  22-cr-25 CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JUAN HIPOLITO GONZALEZ,

    Defendant.

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about July 14, 2021, at Denver, Colorado in the District of Colorado, the defendant, Juan Hipolito Gonzalez did knowingly escape or attempt to escape from custody in Independence House South Federal, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Western District of Missouri upon conviction for the commission of Conspiracy to Distribute in Excess of 500 Grams of Methamphetamine in violation of Title 21, United States Code, Sections 841(a)(1), b(1)(A)(viii), and 846, and for conviction for the commission of Possession with Intent to Distribute

Methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(c).

All in violation of Title 18, United States Code, Section 751(a).

A TRUE BILL:

<u>Ink signature on file in Clerk's Office</u>
FOREPERSON

COLE FINEGAN
United States Attorney

<u>*s/ Albert Buchman*</u>
Albert Buchman
Assistant United States Attorney
United States Attorney's Office
1801 California St., Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0203
E-mail: Al.Buchman@usdoj.gov