| | |
|---|---|
| **DEFENDANT:** | JUAN HIPOLITO GONZALEZ |
| **AGE/YOB:** | 1982 |
| **COMPLAINT FILED?** | _____ Yes   __X___ No<br>If Yes, MAGISTRATE CASE NUMBER_____ |
| **HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?** | _____ Yes   __X__ No |
| **OFFENSE(S):** | 18 U.S.C. § 751, Escape |
| **LOCATION OF OFFENSE:** | Denver County, Colorado |
| **PENALTY:** | <u>Count 1 and 2:</u> NMT 5 years imprisonment, $250,000 fine, or both; NMT 3 years supervised release; $100 Special Assessment. |
| **AGENT:** | Deputy US Marshal Gillian Fleck<br>US Marshals Service |
| **AUTHORIZED BY:** | Albert Buchman<br>Assistant U.S. Attorney |

**ESTIMATED TIME OF TRIAL:**

__X__ five days or less; ___ over five days

**THE GOVERNMENT**

__X__ will seek detention in this case

The statutory presumption of detention is not applicable to this defendant.