IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-CR-00025-CMA

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JUAN GONZALEZ,

       Defendant.

---

**UNOPPOSED MOTION TO EXCLUDE 30 DAYS FROM THE SPEEDY TRIAL CALCULATION AND CONTINUE MOTIONS FILING DEADLINE**

---

Defendant Juan Gonzalez, through undersigned counsel and unopposed by the government, moves this Court to continue the current motions filing deadline, March 28, 2022 to April 28, 2022, and continue the May 9, 2022 trial date, and exclude 3- days under the Speedy Trial Act. In support, counsel states:

### INTRODUCTION

1. Mr. Gonzalez is charged in a one-count indictment with escape. The government alleges he did not report to Independence House after being designated to a halfway house at the end of a BOP sentence.

2. Mr. Gonzalez is in custody at the Teller County Jail. This jail is approximately three-and-a-half hours round trip from Denver. Counsel has met with Mr. Gonzalez over video but has been unable to schedule an in-person visit to review discovery and discuss trial and motions because of court obligations and other work-related travel.

3.       Undersigned counsel has seven other cases that are pretrial, where a notice of disposition has not been filed; meaning defense counsel has seven cases set for trial. Two of those cases are first-degree murder cases. Undersigned counsel has several cases that require travel to Grand Junction, two cases that require travel to Florence, Colorado, and one case that requires frequent travel to Tulsa, Oklahoma. Five of those cases are set for trial in April and May. Defense counsel believes two of the other trials set in April and May will go forward.

4.       The parties have conferred, and the government does not oppose this motion.

## LAW REGARDING REQUESTS FOR CONTINUANCES

5.       This Court is authorized under 18 U.S.C. § 3161(h)(7) to exclude any delay for which the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial.  One factor for the Court to consider in granting this delay is "[w]hether the failure to grant such a continuance in the proceeding would be likely to make a continuation of such proceeding impossible, or result in a miscarriage of justice."  18 U.S.C. § 3161(h)(7)(B)(i).  In evaluating a request for an ends of justice continuance, "the record must clearly establish the district court considered the proper factors at the time such a continuance was granted."  *United States v. Toombs*, 574 F.3d 1262, 1269 (10th Cir. 2009) (quoting *United States v. Gonzales*, 137 F.3d 1431, 1433 (10th Cir. 1998)).  The record must contain an explanation for why the occurrence of the event identified by the moving party as necessitating the continuance results in the need for additional time.  *See id.* at 1271.

6.      In *United States v. West*, 828 F.2d 1468, 1470 (10th Cir. 1987), the Tenth Circuit set forth four factors a court should consider when evaluating if a continuance should be granted: (1) the diligence of the party requesting the continuance, (2) the likelihood that the continuance, if granted, would accomplish the purpose underlying the request for continuance, (3) the inconvenience to the opposing party, its witnesses, and the court resulting from the continuance, and (4) the need asserted for the continuance and the harm that could be suffered as a result of the court's denial of the continuance.

## ARGUMENT

7.      This Court should exclude 30 days from the speedy trial calculation to allow counsel additional time to meet with Mr. Gonzalez in-person in Teller County to review the case. Additionally, undersigned counsel has obligations to her other clients, including her clients whose cases are set for trial. It also gives the parties additional time to negotiate a plea agreement, if warranted.

8.      Additionally, counsel's request for a continuance satisfies the criteria in 18 U.S.C. § 3161(h)(7). The ends of justice served by continuing the trial and excluding 30 days outweigh the best interest of the public and the defendant.

9.      As for the *West* factors, counsel has diligently prepared for trial by reviewing discovery and communicating with her client. Counsel has reviewed all of the discovery provided thus far and met with her client over video. The government has not asserted that the continuance would cause undue inconvenience and, in fact, it does not oppose the continuance. And finally, a denial of the continuance would deprive Mr. Gonzalez of effective counsel.

## **CONCLUSION**

Wherefore, Mr. Gonzalez respectfully requests this Court for an Order excluding an additional 30 days from the Speedy Trial Act clock, vacating the current trial dates, and continuing the other filing and disclosure deadlines 30 days from the current deadlines, specifically, Mr. Gonzalez is requesting that he have until April 28, 2022 to file pretrial motions.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/ Kelly Christl
KELLY CHRISTL
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Email:  Kelly_Christl@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

  I hereby certify that on March 16, 2022, I electronically filed the foregoing **UNOPPOSED MOTION TO EXCLUDE 30 DAYS FROM THE SPEEDY TRIAL CALCULATION AND CONTINUE MOTIONS FILING DEADLINE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

  Albert Buchman, AUSA
  Email: Al.Buchman@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

  Juan Hipolito Gonzalez    (via Mail)

            s/Kelly Christl
            KELLY CHRISTL
            Assistant Federal Public Defender
            633 17th Street, Suite 1000
            Denver, CO  80202
            Telephone:  (303) 294-7002
            FAX:  (303) 294-1192
            kelly.christl@fd.org
            Attorney for Defendant