IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Action No. 22-cr-00025-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JUAN BONZALEZ,

    Defendant.

---

### ORDER TO EXCLUDE TIME FROM SPEEDY TRIAL ACT AND CONTINUE TRIAL DATES

---

This matter is before the Court on the Unopposed Motion to Exclude 30 Days from the Speedy Trial Calculation and Continue Motions Filing Deadline (Doc. # 14). The Court has reviewed this Motion and the case file, and the reasons set forth in the Motion, specifically:

1. Counsel needs additional time to meet with Defendant and review discovery.

Upon review, the Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by granting the Motion outweigh the best interests of the public and the Defendant in a speedy trial. It is, therefore,

ORDERED that Unopposed Motion to Exclude 30 Days from the Speedy Trial Calculation and Continue Motions Filing Deadline (Doc. # 14) is GRANTED and the

Court hereby grants an ends of justice continuance in this case of **30 days**, which shall be excluded from the speedy trial clock, which currently stands at **June 8, 2022**.  It is

FURTHER ORDERED that pretrial motions are due by **May 16, 2022**. Responses due by **May 30, 2022**.  If counsel believes that an evidentiary hearing on the pretrial motions is necessary, a separate Motion for Evidentiary Hearing shall be filed at the same time the pretrial motions are filed.  No later than three days after the filing of the Motion for Evidentiary Hearing, both counsel for the Defendant and counsel for the Government shall confer and e-mail Chambers at arguello_chambers@cod.uscourts.gov to set such a hearing.

FURTHER ORDERED that the Final Trial Preparation Conference/Change of Plea Hearing set for **April 27, 2022**, is VACATED and RESET to **June 14, 2022, at 3:00 PM**.  It is

FURTHER ORDERED **that five-day** jury trial set to begin on **May 9, 2022**, is VACATED and RESET to **June 27, 2022, at 8:30 AM**.

DATED:  April 12, 2022

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge

2