IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-CR-00025-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JUAN HIPOLITO GONZALEZ,

        Defendant.

## OBJECTIONS TO PSIR, DOC. 23

        Juan Hipolito Gonzalez, through counsel, files the following objections to the PSIR. These objections do not affect the guideline range.

        Mr. Gonzalez objects to the facts contained in paragraphs 10 and 29. Specifically, Mr. Gonzalez was nervous because he knew he did not show up to the halfway house in Denver. Furthermore, he knew he was on parole in Colorado. Mr. Gonzalez never told officers he knew there was methamphetamine in the hotel room. The hotel room was not in his name. Somebody gave him the key and allowed him to stay there while he was between places. The narcotics, ledgers, paraphernalia, and scale did not belong to him. Mr. Gonzalez negotiated a plea to an attempted possession of a controlled substance for sale where he would serve 8 months at 50 percent time with no supervision or probation to follow.

//

//

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/ Kelly Christl
KELLY CHRISTL
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Email:  Kelly_Christl@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2022, I electronically filed the foregoing **OBJECTIONS TO PSIR, DOC. 23** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Albert Buchman, AUSA
Email: Al.Buchman@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

| | |
|---|---|
| Sara Johnson, USPO | (via Email) |
| Juan Hipolito Gonzalez | (via Mail) |


s/Kelly Christl
KELLY CHRISTL
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
kelly.christl@fd.org
Attorney for Defendant