IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00025-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JUAN HIPOLITO GONAZALEZ,

    Defendant.

_____

**UNITED STATES' RESPONSE TO DEFENDANT'S OBJECTIONS TO PSIR**
_____

The United States of America, by and through United States Attorney Cole Finegan and Assistant United States Attorney Albert Buchman, respectfully files this Response to Defendant's "Objections to PSIR." ECF No. 24. The Government agrees that none of Defendant's objections affect the PSR's proposed guideline imprisonment range. Accordingly, the Court need not rule on these objections. *See* Fed. R. Crim. P. 32(i)(3)(B). Nevertheless, the Government responds to each of Defendant's objections as follows.

<u>Response to objections to paragraphs 10 and 29:</u>

1. **Defendant's assertion: "Mr. Gonzalez was nervous because he knew he did not show up to the halfway house in Denver."** ECF No. 24.

The Government agrees with this assertion.

2. **Defendant's assertion: "he knew he was on parole in Colorado."** *Id.*

The Government agrees with this assertion.

1

    **3. Defendant's assertion: "Mr. Gonzales never told officers he knew there was methamphetamine in the hotel room."** *Id.*

The Redlands Police Department reported that Defendant admitted to knowing methamphetamine was in the nightstand in the room. Ex. 1, p 4. Moreover, Defendant stated anything in the room belonged to him. *Id.* Thus, the Government agrees with the PSR's representation that Defendant admitted to knowledge of methamphetamine in paragraphs 10 and 29. ECF. No. 23.

    **4. Defendant's assertion: "The hotel room was not in his name. Somebody gave him the key and allowed him to stay there while he was between places"** ECF No. 24.

The Government does not possess information to dispute this fact.

    **5. Defendant's assertion: "The narcotics, ledgers, paraphernalia, and scale did not belong to him"** *Id.*

Defendant told the Redlands Police Department that anything found in the room belonged to him. Ex. 1, p. 3-4 (police report). Thus, the Government asserts that the items found in the room, described in paragraphs 10 and 29, belonged to Defendant.

    **6. Defendant's assertion: "Mr. Gonzales negotiated a plea to an attempted possession of a controlled substance for sale where he would serve 8 months at 50 percent time with no supervision or probation to follow"**

Defendant pled to Attempted Possession of a Controlled Substance for Sale pursuant to CAL. PENAL CODE § 664 (attempt inchoate statute) and HEALTH & SAFETY § 11378-F. *See* Ex 2 (minute order). He appears to have been sentenced to one-half of the 16-month jail sentence (eight months imposed) mandated by CAL. HEALTH & SAFETY CODE § 11378(h) by operation of California's attempt statute, which halves any sentence. *Id.* (showing Defendant was sentenced pursuant to Section 11378(h)). As Defendant notes

in his objection, this conviction was due to a negotiated plea, with which the Government agrees.

Worth noting, Defendant was originally charged with Possession for Sale of Methamphetamine pursuant to CAL. HEALTH & SAFETY § 11378-F, which is punishable by a minimum of 16 months imprisonment pursuant to CAL. HEALTH & SAFETY § 11378(h). *See* Ex. 3 (complaint). Defendant does not object to the PSR's determination that no reductions apply here pursuant to USSG § 2P1.1(b), ECF No. 23, ¶ 17. The Government agrees with this determination because Defendant, while away from the facility, committed a state offense, Possession for Sale, which is "punishable by a term of imprisonment of one year or more" notwithstanding the actual sentence he received from the negotiated plea agreement. *See* USSG §§ 2P1.1(b) (exceptions to possible reductions); 6A1.3 (preponderance standard for relevant conduct).

DATED this 22nd day of July, 2022.

COLE FINEGAN
United States Attorney

<u>s/ Albert Buchman</u>
ALBERT BUCHMAN
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Telecopier: (303) 454-0403
E-mail: Al.Buchman@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 22, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

      s/ *Albert Buchman*
ALBERT BUCHMAN
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Telecopier: (303) 454-0403
E-mail: Al.Buchman@usdoj.gov