

# Police Department

Incident #: 210028680

Reporting Officer: Daniel Cherpin

Report Time: 08/24/2021 21:21:10

## Incident

| | | |
|---|---|---|
| **Incident Nature** | **Address** | **Occurred From** |
| Traffic Stop | TRI-CITY CENTER & W COLTON AVE Redlands, California 92373 | 08/24/2021 21:21:10 |
| **Occurred To** | **Received By** | **How Received** |
| 08/24/2021 21:21:10 | Sandra Botich | Ofc Initiated |
| **Contact** | **Disposition** | **Miscellaneous Entry** |
| | Adult Arrested, Felony | |
| **Disposition Date** | **Cleared** | |
| 08/24/2021 | N | |
| **Cleared Date** | **Clearance** | **Cargo Theft Related** |
| | Report To Follow | |

**Responding Officer(s)**

Daniel Cherpin

Garrett Caddel

Jose Vasquez

**Circumstances**

Highway, Commercial Street

## Offenses

### Warrant, Outside, Felony

| | | |
|---|---|---|
| **Completed?** | **Method Of Entry** | **Gambling Motivated?** |
| **Premises Entered?** | **Location Type** | **Cargo Theft Related?** |
| **Statute** | **Description** | **Category** |
| O/W-F | Warrant, Out, Felony | |

## 11378 Sales of Meth or Synth

| Completed?<br>C | Method Of Entry | Gambling Motivated? |
|---|---|---|
| Premises Entered? | Location Type<br>18 | Cargo Theft Related? |
| Statute<br>11378 HS F (35138) | Description<br>POSSESS CONTROLLED<br>SUBSTANCE FOR SALE | Category<br>HS |

**Bias Motivation**

88

**Offender Used**

N

**Criminal And Gang**

D

## Persons

### GONZALEZ, AMY G
### CONTACT

| Address | Phone<br>( ) - | DOB |
|---|---|---|
| Race | Sex<br>F | Ethnicity |
| Height | Weight<br>0 | |

### GONZALEZ, JUAN H
### ARRESTED

| Address | Phone<br>( ) - | DOB |
|---|---|---|
| Race<br>Hispanic or Latino | Sex<br>M | Ethnicity<br>Hispanic or Latino |
| Height<br>5'11" | Weight<br>200 | |

## Property

# Methamphetamine                                                    **Property**

Brand                              Model                              Serial Number

Color                              Quantity                           Total Value
                                   3                                  $0.00

Measurement                        Amount Recovered                   Date Recovered
Pound                              $0.00

Status                             Owner
Seized (for drugs only)


## Narratives

## Original Narrative                               **08/25/2021 16:06:29**


REDLANDS POLICE DEPARTMENT

                      PRIMARY REPORT


CRIME CODE VIOLATION(s): Two Felony Warrants and HS 11378

OFFICER NAME: D. Cherpin (#4628)

AUDIO RECORDING: YES

SYNOPSIS:

During a traffic stop for VC 22450(a), Juan Gonzalez was found to have two no
bail warrants for his arrest and was also confirmed to be on parole. During a
parole compliance check of the motel room where Gonzalez was staying,
approximately 3 pounds of Methamphetamine, scales, drug packaging, and pay-owe
sheets, which were all indicative of street level narcotics sales. Gonzalez was
arrested and taken to Central Detention Center without incident. Gonzalez was
positively identified by his Colorado Identification Card.

NARRATIVE:

On 8/24/2021 at approximately 2121 hours, while working on the Redlands Police
Department's Multiple Enforcement Team (MET), wearing a full police uniform with
a green SMASH shirt and driving marked Police Unit 514, Corporal Caddel (driver)
and I (passenger) observed a gray Toyota Prius (LIC#        58) exiting the parking
lot of the 1230 W Colton Ave, Redlands, CA 92374 (Comfort Suites), in the city
of Redlands, County of San Bernardino.

INVESTIGATION:

The Prius made a westbound turn onto Redlands Blvd and then a quick westbound
turn onto Industrial Park Ave. Cpl Caddel performed a U-turn and began to follow
the Prius. As the vehicle approached the clearly marked stop sign on Industrial
Park Ave and Tri City Center Dr, the vehicle failed to stop before the clearly
marked limit line, which is in direction violation of California Vehicle Code
22450 (a), which states, "The driver of any vehicle approaching a stop sign at
the entrance to, or within, an intersection shall stop at a limit line, if

marked, otherwise before entering the crosswalk on the near side of the intersection.

Due to the observed violation, Cpl Caddel activated the unit's red and blue emergency lights and performed a traffic stop on the vehicle, which yielded on Tri City Center Drive.  Once the vehicle yielded, Officer Caddel exited our marked police unit and contacted the driver, and I exited and contacted the front passenger.  While speaking with the front passenger, I peered over to the driver's seat and I observed a heavily tattooed Hispanic male with the words Inland Empire tattooed on the back of his head. Based on my training and experience, these tattoos were gang related.  I also spoke with the front passenger, who was a Hispanic female adult.  The front passenger appeared to be extremely nervous due to her shaking hands and also had difficulty answering simple questions such as what her name was and if she had any form of identification.

Due to the nervous nature of the passenger as well as the gang style tattoos on the driver, Cpl Caddel removed the driver from the vehicle. After a pat down search for weapons, Caddel had the driver sit on the curb to the rear of the vehicle.  I also had the front passenger exit the vehicle, and after a pat down search for weapons, had her sit next to the driver. I asked the passenger what the drivers name was and she refused to tell me. The front passenger began to cry.

I asked the male his name and also if he was on probation or parole.  The male driver initially stated he was not on probation or parole and also advised he gave my partner his name and refused to give me his name. After approximately 5 minutes of additional questions, the driver stated his name was Juan Hipolito Gonzalez (DOB                   ) and also admitted to being on parole out of the state of Colorado.  A records check revealed J. Gonzalez had two no bail felony warrants for his arrest.  One of the felony warrants was an "armed and dangerous" warrant for the U.S. Marshall Service, and the second warrant was a parole violation out of the state of Colorado.

After approximately 10 minutes of questioning, the front female passenger was also identified with a Colorado identification card as Amy Gonzalez (DOB            ).  Due to J. Gonzalez being on active parole out of the state of Colorado, a parole compliance check was completed on the vehicle.  While searching the vehicle, I located several "Comfort Suites" hotel room key cards in the center console, which was accessible to both occupants, which indicated the subjects were staying at the motel. I walked over and asked both subjects what hotel they were staying at and they stated they were staying at the Comfort Suites in Room 310.  As I asked both subjects about the room, both of them became extremely nervous and had difficulty answering my simple questions about their place of stay. Their behavior peaked my suspicion of criminal activity.

Due to J. Gonzalez's two no bail warrants, he was placed into handcuffs, which were double locked to the proper tightness, and escorted to the rear seat of our marked police unit, where he was seat belted for safety.  Since J. Gonzalez was on active parole, he was transported back to the Comfort Suites motel so a parole compliance check can be completed of his room.

Sergeant Sardegna responded to the scene and detained A. Gonzalez as the parole compliance check was completed.  As Cpl Caddel and I escorted J. Gonzalez into the lobby of the Comfort Suites, I confirmed with the hotel staff the key was in fact a key card to one of the rooms of the motel.  The staff stated that the key card was not for Room 310.  I requestioned J. Gonzalez who finally admitted the room he was staying in was in Room 210 of the motel. J. Gonzalez also told

me anything we find in the room belongs to him.

After obtaining a key card for room 210 from the front desk clerk, Cpl Caddel and I escorted J. Gonzalez to Room 210 to perform the parole compliance check. Once at the room, the room was safely cleared and J. Gonzalez was detained in the middle of the room so a search could be completed.  As officers began to search the room, J. Gonzalez spontaneously admitted there was methamphetamine in the middle nightstand of the room.  Corporal Caddel and I immediately went to the middle nightstand and opened the drawer.  Within the drawer, we located a pillowcase which contained a large clear plastic bag, which contained approximately 3 pounds of a white crystal substance, which based on my training and experience, was immediately recognized as methamphetamine, due to the white crystalline structure and color. Alongside the large bag, there was an additional 1" x 1" plastic bag, which contained around 2 grams of methamphetamine. Furthermore, within the drawer, I located a smooth glass pipe with a bulbous end, which based on my training and experience, was recognized as a methamphetamine pipe due to the burns on the bulbous end and white residue inside.

Alongside the methamphetamine, I located a small digital scale with white residue on the weight plate, around 50 bags (drug packaging), as well as a digital pound scale.  Alongside the pound digital scale, I also located a small booklet of paper, which had various terms of weights and costs, which were indicative of pay-owe sheets.  Based on my training and experience, the combination of 3 pounds of methamphetamine, digital scales, drug packaging, and pay owe sheets, was highly indicative of street level narcotics sales.  All evidence was photographed and secured into our marked police unit.  I advised J. Gonzalez he is under arrest for HS 11378 and also his two felony warrants.

Cpl Caddel and I transported J. Gonzalez to the Redlands Police Department lockup facility.  While there I asked J. Gonzalez if he wanted to speak with me under Miranda about the found narcotics, although he refused.  I advised Sergeant Sardegna of our findings and the female was photographed and released from the scene.

A probable cause declaration was completed and J. Gonzalez was later booked at Central Detention Center for his charges and warrants.  J. Gonzalez was positively identified by his Colorado identification card.

Cpl Caddel assisted me by booking the found methamphetamine into evidence so it can later be sent to the San Bernardino County Drug Analysis Lab for analysis. The total approximate weight of the methamphetamine, with packaging was 3 pounds or 1,360 grams, although the department issued digital scale seemed to be having issues weighing the large bag.  Caddel also photographed and submitted the found scales, packaging, and pay owe sheets into evidence.

Based on my training and experience, a typical drug user will use approximately .1 grams of methamphetamine per use, which means the amount located equals out to approximately 13,600 uses, all depending on addiction level. I also know the street level worth of methamphetamine is around 30 dollars per grams, which means the amount located is worth around $40,800 dollars. Based on my training and experience, I firmly believe the amount of methamphetamine located in Gonzalez's possession was possessed for sales, based on the packaging, scales, pay-owe sheets and overall large quantity of methamphetamine possessed.

DISPOSITION: Case cleared by arrest.

TYPED BY: D. Cherpin(#4628)

APPROVED BY:D. Sardegna Wed Aug 25 16:06:24 PDT 2021

## Supplemental Narrative

**08/25/2021 00:59:35 Jennifer Hernandez**

CAD Call info/comments
================================

21:24:47 08/24/2021 - Botich S - From: Caddel G
GONZALES JUAN
21:26:09 08/24/2021 - Botich S - From: Cherpin D
GONZALEZ AMY
21:37:20 08/24/2021 - Botich S - From: Caddel G
SSN -                     - HIPOLITO
22:18:32 08/24/2021 - Botich S - From: Cherpin D
11378 AND 2 WARR - FEM WILL BE REL AT SCENE