

**SUPERIOR COURT OF CALIFORNIA,
COUNTY OF SAN BERNARDINO**
San Bernardino District
247 West 3rd St
San Bernardino, CA 92415
www.sb-court.org

## MINUTE ORDER

Case Number: FSB21003205                                                            Date: 9/3/2021

Case Title: People of the State of California vs. Juan Hipolito Gonzalez

| Department S2 - SBJC | Date: 9/3/2021 | Time: 8:30 AM | Pre-Preliminary Hearing |
|---|---|---|---|

Charges:  HS11378-F

Judicial Officer: Alexander R Martinez
Judicial Assistant: Armando Espinoza
Court Reporter: Ida Appleby
Bailiff: L Torres

**Appearances**
District Attorney Sheila Monjazeb present
Public Defender Luke Byward present
Defendant present in custody

**Proceedings**
Action came on for Pre-Preliminary Hearing.
Court orders 09/08/2021 Preliminary Hearing hearing Vacated.

Declaration by Defendant Filed
PC664-HS11378-F: Attempt Possession For Sale(Mandatory Appearance) added as Count 002.
By leave of Court, Defendant withdraws plea of not guilty. Defendant is informed of elements of the charge(s).
Factual basis established.

**Plea Information**
Defendant pleads No Contest as to Count 002. PC664-HS11378-F: Attempted Possession Controlled Substances for Sale
As to Count 002. PC664-HS11378-F: Attempted Possession Controlled Substances for Sale, a Disposition of Convicted - Plea is entered.
The Court, after re-advisement of each of these rights, finds that the Defendant understands the charge(s), the possible penalties, right against self-incrimination, to confront and cross examine witnesses, to a public and speedy trial, to Jury trial, to have an attorney present at all stages of the proceedings and to the Public Defender if indigent and to the compulsory process of the court to subpoena witnesses. The defendant freely, voluntarily, knowingly, intelligently, expressly waives these rights in open court.
Court confirms PC859A Plea.
Defendant requests immediate sentencing.
Defendant waives probation report.

**Findings/Advisals**
Court finds defendant NOT able to pay for attorney fees
Court finds vehicle was NOT used during offense - VC13350
Restitution Fine imposed - PC1202 (collected by CC) $300.00
Const./court operations fee of $70 per conviction (CC)
Restitution Fine stayed - PC1202.45 (CC) $300.00

**Sentencing Information**
Court orders County Prison as to Count:
002. PC664-HS11378-F: Attempted Possession Controlled Substances for Sale

Sentenced Pursuant to PC1170(h).

Sentenced to County Prison
As to Count 002. PC664-HS11378-F: Attempted Possession Controlled Substances for Sale; the Court imposes the Low term of 8 Months

Credit Time Served 10 Days Actual 10 Days Conduct Credit PC 4019 (1/2)  for a Total of 20 Days
Commitment - Full Sentence w/PC1170(h) printed

Court orders Sheriff to obtain samples pursuant to PC296
Notice to Sheriff PC296 printed

Firearm Notice and Power of Atty printed
Firearms Prohibition notification form given to defendant
Court finds defendant stated that they DO NOT own firearms
Referral to Probation Investigation and Verification of Firearm Ownership - PC29810 printed
Referred to Probation - PC29810

**Dismissal**
As to Count 001. HS11378-F: Possession Controlled Substances for Sale, a Disposition of Dismissal/Stricken - Pursuant to Plea is entered.

**Custody Status**
Case Custody - County Prison

**== Minute Order Complete ==**