ELECTRONICALLY FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
09/16/2021

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO
SAN BERNARDINO JUSTICE CENTER DISTRICT

BY:   Gutierrez, Alex
_____
DEPUTY CLERK

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Plaintiff<br><br>vs.<br><br>Juan Hipolito Gonzalez,<br>  aka Juan Hippolito Gonzalez,<br>  aka Juan H Gonzalez,<br>  aka Juan Gonzales<br><br>Defendant | FELONY COMPLAINT<br><br>COURT CASE NUMBER: FSB21003205<br><br>DA CASE NO 2021-00-0038774 |

The undersigned is informed and believes that:

COUNT 1

On or about August 24, 2021, in the above named judicial district, the crime of POSSESSION FOR SALE OF A CONTROLLED SUBSTANCE, in violation of HEALTH AND SAFETY CODE SECTION 11378, a felony, was committed by Juan Hipolito Gonzalez, who did unlawfully possess for purpose of sale a controlled substance, to wit, Methamphetamine.

"NOTICE: Conviction of this offense will require you to register pursuant to Health and Safety Code section 11590. Failure to do so is a crime pursuant to Health and Safety Code section 11594."

*****

* * * * *

NOTICE TO DEFENDANT AND DEFENDANT'S ATTORNEY
Pursuant to Penal Code Sections 1054.5.(b), the People are hereby informally requesting that defense counsel provide discovery to the People as required by Penal Code Section 1054.3.
NOTICE TO ATTORNEY
The materials accompanying this notice may include information about witnesses. If so, these materials are disclosed to you pursuant to Penal Code section 1054.2 which provides: "No

Page 1

Complaint     DA CASE NO: 2021-00-0038774

COURT CASE NUMBER: FSB21003205

attorney may disclose or permit to be disclosed to a defendant the address or telephone number of a victim or witness whose name is disclosed to the attorney pursuant to subdivision (a) of Section 1054.1 unless specifically permitted to do so by the court after a hearing and a showing of good cause."

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS COMPLAINT CONSISTS OF 1 COUNT(S).

Executed at San Bernardino, California, on August 26, 2021.

_Gian Giacoppe_
Gian Giacoppe
DECLARANT AND COMPLAINANT

Agency: Redlands Police Department          Prelim Est. 00:00

| Defendant | Birth Date | Booking No. | CII No. | NCIC |
|---|---|---|---|---|
| Juan Hipolito Gonzalez | | 2108300797 | A28568832 | |